**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

Tom Foley,

    Plaintiff

vs.

                                              **Civil Action No.** 3:14cv599

Elley Law Office
and
Richard D. Elley,

    Defendants

## ENTRY OF DEFAULT

    IT APPEARING by affidavit of counsel for the plaintiff, Tom Foley, that the defendants, Elley Law Office and Richard D. Elley, have failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendants, Elley Law Office and Richard D. Elley.

                                                        FERNANDO GALINDO, CLERK

                                                        BY: _____/s/_____
                                                                   Kara S. Young